PHILLIPS, GREENBERG & HAUSER, L.L.P.
JERRY R. HAUSER, SBN. 111568
ERIK C. VAN HESPEN, SBN. 214774
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:    (415) 981-7777
Facsimile:    (415) 398-5786

Attorneys for Plaintiff,
MOUNT & STOELKER, A PROFESSIONAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MOUNT & STOELKER, P.C. | CASE NO.: 08-CV-03660 RMW |
|---|---|
| Plaintiffs, | **NOTICE OF MOTION AND MOTION TO REMAND REMOVED ACTION BACK TO STATE COURT AND SANCTIONS** |
| -v- | |
| C-ONE TECHNOLOGY; PRETEC ELECTRONICS CORPORATION | **28 USC § 1447(c)** |
| Defendants. | Date:    September 19, 2008<br>Time:    9:00am<br>Ctrm:    6 |

TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT, on September 19, 2008 at 9:00 am, in Courtroom 6, 4th Floor of the above-entitled court, Plaintiff Mount & Stoelker, A Professional Corporation, will move this court for an order remanding this action back to state court and for an order requiring Defendants to pay fees and costs. This motion is made on the following grounds: Defendants failed to seek removal within 30 days of receipt of the state court complaint as required by 28 USC § 1446(b); Defendant Pretec Corporation is a citizen of the state of California, has appeared in the state court action and therefore removal is improper pursuant to 28 USC § 1441(b); complete diversity of citizenship does not exist between plaintiff and all the defendants and therefore removal jurisdiction does not exists pursuant to USC § 1441(b); and the removal was not objectively reasonable which entitles Plaintiff to recover fees and costs incurred in seeking a remand pursuant to 28 USC §

1  1447(c).

2  This motion is based upon this notice of motion, defendants' notice of removal along with the
3  accompanying exhibits, the pleadings and files in this action and the related federal case action
4  entitled *C-One Technology v. Mount & Stoelker, P.C.*, CV 08-02442 MEJ, the declaration of Jerry R.
5  Hauser and upon such other further evidence and argument presented at the hearing of this motion.

6  DATE: August 1, 2008                                PHILLIPS, GREENBERG & HAUSER, L.L.P.

8                                                      By: _____
                                                            JERRY R. HAUSER