1  PHILLIPS, GREENBERG & HAUSER, L.L.P.
   JERRY R. HAUSER, SBN. 111568
2  ERIK C. VAN HESPEN, SBN. 214774
   Four Embarcadero Center, 39th Floor
3  San Francisco, California 94111
   Telephone:   (415) 981-7777
4  Facsimile:   (415) 398-5786

5  Attorneys for Plaintiff,
   MOUNT & STOELKER, A PROFESSIONAL CORPORATION
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11 MOUNT & STOELKER, P.C.                CASE NO.: 08-CV-03660 RMW

12
              Plaintiffs,                DECLARATION OF JERRY R.
13                                       HAUSER IN SUPPORT OF
       -v-                               PLAINTIFFS' REQUEST FOR A
14                                       REMAND
   C-ONE TECHNOLOGY; PRETEC
15 ELECTRONICS CORPORATION               Date:    September 19, 2008
                                         Time:    9:00am
16            Defendants.                Ctrm:    6
   _____/

17

18     I, Jerry R. Hauser, declare as follows:

19     1.    I am an attorney at law duly licensed to practice before this court and a partner in the

20 law firm of Phillips, Greenberg & Hauser, LLP, attorneys for Plaintiffs Mount & Stoelker, P.C.

21     2.    Attached hereto as Exhibit A are redacted billing statements of time that I incurred on

22 behalf of Plaintiffs in preparing this motion for a remand. In addition to the time in the billing

23 statements, I anticipate spending an additional 10 hours in preparing a reply brief and attending the

24 hearing on motion.

25     3.    My normal billing rate is $300 per hour, but for this matter I am charging a special

26 rate of $200 per hour. Even though I am charging a special rate for this matter the reasonable

27 attorneys fees incurred in bringing this motion for a remand should be based upon my regular rate.

28 ////

                                                                                                    1

DECLARATION OF JERRY R. HAUSER IN SUPPORT OF PLAINTIFFS' REQUEST FOR A REMAND

1   I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day
2   of August, 2008, at San Francisco, California.

_____
JERRY R. HAUSER

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

DECLARATION OF JERRY R. HAUSER IN SUPPORT OF PLAINTIFFS' REQUEST FOR A REMAND

**Phillips, Greenberg & Hauser, LLP**
Four Embarcadero Center
39th Floor
San Francisco, CA 94111
Taxpayer ID # 94-3086877

July 01, 2008

In Reference To: Mount & Stoelker P.C.
River Park Tower, Suite 1650
333 West San Carlos St.
San Jose, CA 95110-2740

Invoice #       13451

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/5/2008 | JRH | Research removal issues | 0.50 | |
| 6/30/2008 | JRH | Review new federal complaint and related orders; research jurisdiction; report | 1.20 | |

For professional services rendered

Additional Charges :

Exhibit A

**Phillips, Greenberg & Hauser, LLP**
Four Embarcadero Center
39th Floor
San Francisco, CA 94111
Taxpayer ID # 94-3086877

August 01, 2008

In Reference To: Mount & Stoelker P.C.
River Park Tower, Suite 1650
333 West San Carlos St.
San Jose, CA 95110-2740

Invoice #        13470

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/7/2008 JRH | Draft motion for remand | | 2.30 | |
| JRH | E-mails with Mathews re procedural issues on removal petition | | 0.30 | |
| JRH | Review removal petition and research | | 3.50 | |
| 7/16/2008 JRH | Research procedural issues re removal and multiple telephone and e-mail with counsel and court re same; revise remand motion | | 1.00 | |
| 7/18/2008 JRH | Review removal petition | | 0.30 | |
| 7/31/2008 JRH | Review assignment of removed action; revise motion for remand; draft supporting declaration | | 2.00 | |
| 8/1/2008 JRH | Final motion for remand | | 1.00 | |

Page    2

Hours    Amount

For professional services rendered

Additional Charges :

Total costs

Total amount of this bill