IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUNT & STOELKER,<br><br>    Plaintiff,<br><br>  v.<br><br>C-ONE TECHOLOGY, et al.,<br><br>    Defendant. | ***E-FILED - 8/14/08***<br><br>CASE NO.: C-08-03660-RMW<br><br>**ORDER OF REFERRAL** |

The above-entitled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Phyllis J. Hamilton for consideration of whether the case is related to *C-One Technology, et al. v. Mount & Stoelker, et al. - Case No.: C-08-02442-PJH.*

IT IS SO ORDERED.

DATED: August 14, 2008

                                                    RONALD M. WHYTE
                                                  U. S. District Judge

1
2
3  Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28